Argued June 5, affirmed September 10, 1969

JOHNSON ET UX, *Appellants, v.*
GILLEY ET UX, *Respondents.*

458 P2d 445

*John H. Horn,* Roseburg, argued the cause and filed briefs for the appellants.

*Dudley C. Walton,* Roseburg, argued the cause and filed a brief for respondents.

Before SLOAN, Presiding Justice, and O'CONNELL, GOODWIN, DENECKE and HOLMAN, Justices.

PER CURIAM.

Plaintiffs appeal a decree quieting title in the defendants to a disputed strip of land in the Fruitvale subdivision of Roseburg.

The controversy arose out of differences in surveys. The disputed strip is approximately 458 feet long and tapers from a width of 2.2 feet on the east end of the strip to approximately one foot on the west. The trial court considered three different surveys by three different surveyors, together with a substantial volume of other evidence, and settled the dispute by adopting the most recent survey as the true line between the neighbors. The survey which the court adopted described a line established by adverse possession.

We have found nothing in the record to justify reversal of the decree.

Affirmed.